UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES KEITH JOHNSON**, a/k/a
Thunder Eagle Ghost Dancer,

    **Petitioner,**

v.                                   Case No. 4:25-cv-330-TKW-MAL

**WARDEN FCI TALLAHASSEE, et al.,**

    **Respondents.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11) and Petitioner's objections (Doc. 14). The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Petitioner is not entitled to habeas relief.

The Court did not overlook Petitioner's argument that the magistrate judge should have addressed the merits of the motions she filed. However, as the magistrate judge concluded, the dismissal of this case renders those motions moot. Moreover, the motions to dismiss (Docs. 4, 5) are plainly inappropriate in this civil case because the dismissal of the pending criminal charges can only occur in the criminal case.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The emergency petition for writ of habeas corpus under §2241 is **DISMISSED** under Rule 4 of the Rules Governing Section 2254 Cases.

3. All pending motions are **DENIED as moot**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 18th day of August, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**